FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 22 2005

JAMES W. McCORMACK, CLERK
By:_____
                         DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                    CASE NO. 4:03CR00005 JMM
                                4:05CV00588 JMM
CORY JONES                                                      DEFENDANT

ORDER

On October 30, 2003 Cory Jones plead guilty to car-jacking and carrying a firearm in relation to a crime of violence. He was sentenced on April, 29, 2004 to 70 months imprisonment for the car-jacking offense and 120 months for the firearm related offense with the sentences to run consecutively. Jones did not take a direct appeal of his sentence.

Jones now brings a § 2255 petition based upon the holdings in *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000); *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), and *United States v. Booker*, --- U.S. ---, 125 S.Ct. 738, 160 L.Ed.2d 621, (2005) contending that the Court unconstitutionally enhanced his sentence in violation of his Fifth and Sixth Amendment rights and that his attorney provided ineffective assistance of counsel.

Because Jones criminal conviction became final before the decisions in *Apprendi, Blakely* or *Booker* were announced, these cases are inapplicable to his § 2255 petition. *See Never Misses a Shot v. Untied States of America*, 413 F.3d 781 (8th Cir. 2005) ("[T]he 'new rule' announced in *Booker* does not apply to criminal convictions that became final before the rule was announced . . . does not benefit movants in collateral proceedings."). Finally, Jones has failed to allege any facts explaining how his counsel was ineffective.

The petition is denied (#38).

IT IS SO ORDERED THIS  22  day of August, 2005.

                        _____
                        James M. Moody
                        United States District Judge